

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZANE FITZPATRICK,<br><br>Defendant. | 9:19-po-05018-JCL<br>CVB Violation Nos.:<br>6530884 and 65300885<br><br>ORDER |

Defendant Zane Fitzpatrick has filed plea letters in the above matter. The Court accepts his pleas, granting reduced collateral of $250.00 for Violation No. 6530885 and reduced collateral of $750.00 for Violation No. 6530884. The United States also files its motion for an order to direct the Defendant to pay restitution in the amount of $388.00 to the Boy Scouts of America – Troop 1956. Good cause being shown,

IT IS HEREBY ORDERED that Defendant Fitzpatrick is to pay a total of $388 in restitution to the Boy Scouts of America – Troop 1956.

The Clerk of Court is directed to send a copy of this Order to Defendant and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

DATED this 24th day of June, 2019.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge